CLAUDE E. ADREAN ET AL. V. JEFFERSON STANDARD
LIFE INSURANCE COMPANY ET AL.

No. 6695.   Decided May 16, 1934.

*A. K. Black,* of Brownsville, for plaintiffs in error.

*Seabury, George & Taylor,* of Brownsville, for defendants in error.

MRS. A. A. V. COWEN ET AL. V. A. J. RABEL AND
JEFFERSON STANDARD LIFE INSURANCE COMPANY.

No. 6700.   Decided May 16, 1934.

*Raphael Cowen,* of Brownsville, for plaintiffs in error.

*Seabury, George & Taylor,* of Brownsville, for defendants in error.

A. ORIVE JR. V. A. J. RABEL AND JEFFERSON STANDARD
LIFE INSURANCE COMPANY.

No. 6701.   Decided May 16, 1934.

*Raphael Cowen,* of Brownsville, for plaintiffs in error.

*Seabury, George & Taylor,* of Brownsville, for defendants in error.